UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOTUH BEND DIVISION

| JAMES C. WEST, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 3:17-CV-711-PPS-MGG |
| JULIE LARSON, et al., | ) | |
| Defendants. | ) | |

**ORDER**

James C. West, a prisoner without a lawyer, filed a letter asking to be appointed counsel. "There is no right to court-appointed counsel in federal civil litigation." *Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014) (*citing Pruitt v. Mote*, 503 F.3d 647, 649 (7th Cir. 2007)). However, in some circumstances, the court may ask counsel to volunteer to represent indigent parties.

> When confronted with a request under § 1915(e)(1) for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?

*Pruitt v. Mote*, 503 F.3d at 654 Since the court has not yet screened this case as required by 28 U.S.C. § 1915A, "the case [is] still in its infancy, thereby making it impossible at [this] juncture to make any accurate determination regarding [the plaintiff's] abilities or the difficulty of the case." *Romanelli v. Suliene*, 615 F.3d 847, 852 (7th Cir. 2010). West may renew his request after the case has been screened and he has been granted leave to proceed.

For these reasons, the court **DENIES** the request for counsel (ECF 9).

**SO ORDERED**

ENTERED: December 13th, 2017.

                                                 s/Michael G. Gotsch, Sr.
                                                 Michael G. Gotsch, Sr.
                                                 United States Magistrate Judge